In the Matter of the Claim of MINNIE BLEICH, Respondent, v. 63RD BUILDING CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.